1146

No. 98–1588. BENTON *v.* TEXAS COMMISSION FOR LAWYER DISCIPLINE. Sup. Ct. Tex. Certiorari denied.

No. 98–1594. HOWERY *v.* WOLFBERG ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 98–1614. CROMER *v.* BAYLOR UNIVERSITY ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–1630. FISHER ET VIR *v.* SUPERIOR COURT OF CALIFORNIA, SAN FRANCISCO COUNTY (CITIBANK, N. A. (NEW YORK), ET AL., REAL PARTIES IN INTEREST). Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 98–1686. TRANSAERO, INC. *v.* LA FUERZA AEREA BOLIVIANA. C. A. 2d Cir. Certiorari denied.

No. 98–1697. WALTERS ET AL. *v.* EDGAR ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–1707. SLOANE *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 4th Cir. Certiorari denied.

No. 98–1717. INTERNATIONAL TELECARD ASSN. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 98–1720. ARAMONY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–1723. DIXON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–1731. SAMUELS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–1746. PETTUS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–1749. MARLATT *v.* UNITED STATES (two judgments). C. A. 9th Cir. Certiorari denied.

No. 98–1751. DABNEY *v.* RUBIN, SECRETARY OF THE TREASURY, ET AL. C. A. 10th Cir. Certiorari denied.